UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING
COMMISSION,

                        Plaintiff,

            - against -

SAMUEL BANKMAN-FRIED, FTX TRADING
LTD D/B/A FTX.COM, ALAMEDA
RESEARCH LLC, CAROLINE ELLISON
and ZIXIAO "GARY" WANG,

                        Defendants.

1:22-cv-10503-PKC

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby appears as counsel for Defendant Zixiao "Gary" Wang in the above-captioned action and respectfully requests that copies of all papers in this matter be served upon him at the address listed below.

Dated:   New York, New York
           December 22, 2022

                                              FRIED, FRANK, HARRIS, SHRIVER
                                                & JACOBSON LLP

                                                By:        /s/ Ilan T. Graff
                                                              Ilan T. Graff

                                                One New York Plaza
                                                New York, New York 10004-1980
                                                (212) 859-8000
                                                ilan.graff@friedfrank.com

                                                Attorneys for Defendant
                                                  Zixiao "Gary" Wang