IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMUEL BANKMAN-FRIED, FTX TRADING LTD D/B/A FTX.COM, ALAMEDA RESEARCH LLC, CAROLINE ELLISON, and ZIXIAO "GARY" WANG,<br><br>*Defendants*. | Case No. 1:22-cv-10503-PKC |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney, Stephanie G. Wheeler, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants FTX Trading Ltd. and Alameda Research LLC in the above-captioned action.

Dated: December 23, 2022

                                                */s/ Stephanie G. Wheeler*

                                                Stephanie G. Wheeler
                                                SULLIVAN & CROMWELL LLP
                                                125 Broad Street
                                                New York, New York 10004
                                                Telephone:    (212) 558-4000
                                                Facsimile:     (212) 558-3588
                                                Email:            wheelers@sullcrom.com

                                                *Counsel for Defendants FTX Trading Ltd.*
                                                *and Alameda Research LLC*