## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMUEL BANKMAN-FRIED, FTX TRADING LTD D/B/A FTX.COM, ALAMEDA RESEARCH LLC, CAROLINE ELLISON, and ZIXIAO "GARY" WANG,<br><br>*Defendants*. | Case No. 1:22-cv-10503-PKC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Steven R. Peikin, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants FTX Trading Ltd. and Alameda Research LLC in the above-captioned action.

Dated: January 9, 2023

                                        */s/ Steven R. Peikin*

                                        Steven R. Peikin
                                        SULLIVAN & CROMWELL LLP
                                        125 Broad Street
                                        New York, New York 10004
                                        Telephone:   (212) 558-4000
                                        Facsimile:   (212) 558-3588
                                        Email:        peikins@sullcrom.com

                                        *Counsel for Defendants FTX Trading Ltd.*
                                        *and Alameda Research LLC*