UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br>Plaintiff, | NOTICE OF MOTION |
| - against - | ECF Case |
| SAMUEL BANKMAN-FRIED, FTX TRADING LTD. D/B/A/ FTX.COM, ALAMEDA RESEARCH LLC, CAROLINE ELLISON, and ZIXIAO "GARY" WANG,<br>Defendants. | No. 22 Civ. 10503 (PKC) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in criminal case *United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK); and the accompanying memorandum of law, the United States of America, by its attorney Damian Williams, United States Attorney for the Southern District of New York, hereby moves this Court under Rule 24 of the Federal Rules of Civil Procedure, for an order authorizing intervention by the United States and staying civil proceedings until the conclusion of the parallel criminal case,

1

*United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK), and for such other relief as the Court deems just and proper.

Dated: New York, New York
       February 7, 2023

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

By:    /s/   Thane Rehn
                              Danielle M. Kudla
                              Samuel L. Raymond
                              Andrew Rohrbach
                              Nicolas Roos
                              Thane Rehn
                              Danielle R. Sassoon
                              Assistant United States Attorneys
                              One Saint Andrew's Plaza
                              New York, New York 10007
                              Telephone: (212) 637-2354