**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————— x
                                                    :
COMMODITY FUTURES TRADING
COMMISSION,                                          :          Case No. 1:22-cv-10503-PKC

                            Plaintiff,              :

                                                    :          <u>**NOTICE OF APPEARANCE**</u>
            v.                                       :

SAMUEL BANKMAN-FRIED, FTX                            :
TRADING LTD D/B/A FTX.COM,
ALAMEDA RESEARCH LLC, CAROLINE                       :
ELLISON and ZIXIAO "GARY" WANG,
                                                    :
                            Defendants.
————————————————————— x

To the Clerk of this Court and all parties of record:

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for

Defendant Samuel Bankman-Fried in the above-captioned action.  The undersigned counsel

certifies that he is admitted to practice in this Court.


Dated:  New York, New York
       February 7, 2023


       **COHEN & GRESSER LLP**

       */s/ S. Gale Dick*
       S. Gale Dick
       800 Third Avenue
       New York, New York 10022
       (212) 957-7600
       sgdick@cohengresser.com

       *Attorney for Defendant Samuel Bankman-Fried*