*The motion to intervene is GRANTED. The motion for a stay is GRANTED, without prejudice to the right of any party to move to dissolve the stay. Motions (ECF 32 & 37) should be terminated.*

*SO ORDERED*

*[signature] USDJ*
*2-13-23*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

COMMODITY FUTURES TRADING COMMISSION,
    Plaintiff,

- against -

SAMUEL BANKMAN-FRIED, FTX TRADING LTD. D/B/A/ FTX.COM, ALAMEDA RESEARCH LLC, CAROLINE ELLISON, and ZIXIAO "GARY" WANG,
    Defendants.

------------------------------------x

NOTICE OF MOTION

ECF Case

No. 22 Civ. 10503 (PKC)

    PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in criminal case *United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK); and the accompanying memorandum of law, the United States of America, by its attorney Damian Williams, United States Attorney for the Southern District of New York, hereby moves this Court under Rule 24 of the Federal Rules of Civil Procedure, for an order authorizing intervention by the United States and staying civil proceedings until the conclusion of the parallel criminal case,

1

*United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK), and for such other relief as the Court deems just and proper.

Dated: New York, New York
February 7, 2023

                                              Respectfully submitted,

                                              DAMIAN WILLIAMS
                                              United States Attorney

By:     /s/ Thane Rehn
                                              Danielle M. Kudla
                                              Samuel L. Raymond
                                              Andrew Rohrbach
                                              Nicolas Roos
                                              Thane Rehn
                                              Danielle R. Sassoon
                                              Assistant United States Attorneys
                                              One Saint Andrew's Plaza
                                              New York, New York 10007
                                              Telephone: (212) 637-2354