UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
COMMODITY FUTURES TRADING                              :
COMMISSION,                                            :   Case No. 1:22-cv-10503-PKC
                                                       :
                           Plaintiff,           :   [PROPOSED] STIPULATION AND
                                                       :   ORDER OF SUBSTITUTION
    v.                                                  :   OF COUNSEL
                                                       :
                                                       :
SAMUEL BANKMAN-FRIED, FTX                              :
TRADING LTD D/B/A FTX.COM,                             :
ALAMEDA RESEARCH LLC,                                  :
CAROLINE ELLISON AND ZIXIAO                            :
"GARY" WANG,                                           :
                                                       :
                           Defendants.          :
-------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Local Rule 1.4, that the law firm of Montgomery McCracken Walker & Rhoads LLP is hereby substituted in place of and instead of the law firm of Cohen & Gresser LLP and its attorneys Mark S. Cohen and S. Gale Dick as counsel of record for defendant Samuel Bankman-Fried in the above-captioned case. A Declaration in support of this Stipulation and Order of Substitution of Counsel is being filed herewith pursuant to Local Rule 1.4.

      PLEASE TAKE NOTICE that all pleadings, notice of hearing, and other filings in this matter should be served upon the undersigned incoming counsel.

DATED:    March 12, 2024
                 New York, New York

| **COHEN & GRESSER LLP** | **MONTGOMERY McCRACKEN WALKER & RHOADS LLP** |
|---|---|
| By: */s/ S. Gale Dick* | By: */s/ Jeremy D. Mishkin* |
| Mark S. Cohen | Richard M. Simins |
| S. Gale Dick | Jeremy D. Mishkin |

| | |
|---|---|
| 800 Third Avenue, 21ˢᵗ Floor<br>New York, NY 10022<br>Phone: (212) 957-7600<br>mcohen@cohengresser.com<br>sgdick@cohengresser.com<br><br>*Outgoing Counsel for Defendant Samuel Bankman-Fried* | 437 Madison Avenue, 24th Floor<br>New York, NY 10022<br>Phone: (212) 867-9500<br>rsimins@mmwr.com<br>jmishkin@mmwr.com<br><br>*Incoming Counsel for Defendant Samuel Bankman-Fried* |

**SO ORDERED**

DATED: _____
        New York, New York

                                    _____
                                    P. KEVIN CASTEL
                                    United States District Judge