UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

COMMODITY FUTURES TRADING
COMMISSION,

                 Plaintiff,

v.

SAMUEL BANKMAN-FRIED, FTX
TRADING LTD D/B/A FTX.COM,
ALAMEDA RESEARCH LLC,
CAROLINE ELLISON AND ZIXIAO
"GARY" WANG,

                 Defendants.
-----------------------------------------------------------x

Case No. 1:22-cv-10503-PKC

**CONSENT TO SUBSTITUTION OF COUNSEL**

I hereby give my consent that the law firm of Montgomery McCracken Walker & Rhoads LLP be substituted in place of and instead of the law firm of Cohen & Gresser LLP and its attorneys Mark S. Cohen and S. Gale Dick as counsel of record on my behalf in the above-captioned action.

Dated: Brooklyn, NY
       _March 8_, 2024

                                                      Samuel Bankman-Fried