UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

COMMODITY FUTURES TRADING
COMMISSION,

               Plaintiff,

v.

SAMUEL BANKMAN-FRIED, FTX
TRADING LTD D/B/A FTX.COM,
ALAMEDA RESEARCH LLC,
CAROLINE ELLISON AND ZIXIAO
"GARY" WANG,

               Defendants.
------------------------------------------------------x

Case No. 1:22-cv-10503-PKC

[PROPOSED] STIPULATION AND
ORDER OF SUBSTITUTION
OF COUNSEL

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Local Rule 1.4, that the law firm of Montgomery McCracken Walker & Rhoads LLP is hereby substituted in place of and instead of the law firm of Cohen & Gresser LLP and its attorneys Mark S. Cohen and S. Gale Dick as counsel of record for defendant Samuel Bankman-Fried in the above-captioned case. A Declaration in support of this Stipulation and Order of Substitution of Counsel is being filed herewith pursuant to Local Rule 1.4.

       PLEASE TAKE NOTICE that all pleadings, notice of hearing, and other filings in this matter should be served upon the undersigned incoming counsel.

DATED:     March 12, 2024
                New York, New York

**COHEN & GRESSER LLP**

By: */s/ S. Gale Dick*
Mark S. Cohen
S. Gale Dick

**MONTGOMERY McCRACKEN
WALKER & RHOADS LLP**

By: */s/ Jeremy D. Mishkin*
Richard M. Simins
Jeremy D. Mishkin

<div style="display: flex;">

800 Third Avenue, 21st Floor  
New York, NY  10022  
Phone:  (212) 957-7600  
mcohen@cohengresser.com  
sgdick@cohengresser.com  

*Outgoing Counsel for Defendant Samuel Bankman-Fried*

437 Madison Avenue, 24th Floor  
New York, NY  10022  
Phone: (212) 867-9500  
rsimins@mmwr.com  
jmishkin@mmwr.com  

*Incoming Counsel for Defendant Samuel Bankman-Fried*

</div>

**SO ORDERED**

DATED: __3-12-24__  
New York, New York

_____  
P. KEVIN CASTEL  
United States District Judge